# EXHIBIT 3

**Exhibit 3**

**Claim Chart for the Practice of Independent Claim 1 of Complainant Vicor Corporation's United States Patent No. 10,903,734 by Flex VPD Module Power Module ("Flex VPD Module") and Circuit Board Assemblies and Computing Systems Containing the Same[1]**

## Claim 1

<table>
<tr><th>#</th><th>Limitation</th><th>Practice Evidence</th></tr>
<tr><td>1.pre</td><td>A method of powering a semiconductor device having power input terminals, the method comprising:</td><td>The Flex VPD Module practices "[a] method of powering a semiconductor device having power input terminals."



</td></tr>
</table>

[1] The following analysis of Flex VPD Module is applicable to all other equivalent Flex power modules as well as to circuit board assemblies and computing systems containing the same.

| # | Limitation | Practice Evidence |
|---|---|---|
| | | *Vertical Power Delivery (VPD) Solutions*, Flex, https://flex.com/products/power-modules/vertical-power-delivery [https://perma.cc/ES9W-YL8F] (last accessed Sept. 8, 2026)<br><br>*Scaling new heights with vertical power delivery*, Flex (Nov. 21, 2023) https://flex.com/resources/scaling-new-heights-with-vertical-power-delivery [https://perma.cc/T5UL-7FFN] |
| 1.a | providing a power conversion module having conversion circuitry arranged in a multi-cell | The Flex VPD Module practices a method comprising "providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | structure having a plurality of conversion cells, | Flex mechanical drawings depict a module top view showing a plurality of conversion cells (sixteen) laid out as two parallel rows of eight repeating rectangular cell areas, each bounded and separated by columns of small rectangular pads. |
| 1.b | each conversion cell including one or more converter output terminals, | The Flex VPD Module practices a method comprising "each conversion cell including one or more converter output terminals."<br><br>Flex mechanical drawings depict a module side view showing the accused module with an upper board carrying the power-train components, the intervening structures, the lower board, and along the bottom edge the continuous row of terminals by which the module connects to the load. The converter output terminals are shown along the interface between the module's two boards, one at each of the repeating terminal structures across the width of the module.<br><br>*See also* 1.a. |
| 1.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | The Flex VPD Module practices a method comprising "the conversion circuitry being configured to convert power received at a first voltage [red] for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage [green]." |

<table>
<tr><th>#</th><th>Limitation</th><th>Practice Evidence</th></tr>
<tr><td></td><td></td><td>

Figure 2: The intermediate bus architecture<br><br>Flex Power Modules, Optimizing Power Electronics for AI, Machine Learning and Cloud Applications (2024) https://flex.com/downloads/white-paper-optimizing-power-electronics-for-ai-machine-learning-and-cloud-applications [https://perma.cc/P3D4-YV5S] (last accessed Sept. 8, 2026)</td></tr>
<tr><td>1.d</td><td>the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals</td><td>The Flex VPD Module practices a method comprising “the converter output terminals being arranged in a first pattern [blue] having a first spacing [yellow] between the converter output terminals [purple].”<br><br>Flex mechanical drawings showing the module side view depict the converter output terminals in a row at each of the repeating terminal structures, and show a first spacing between the converter output terminals.<br><br>Flex mechanical drawings showing the module top view show the converter output terminals laid out in two parallel rows, and depict a first pattern in which the converter output terminals are arranged across the module.</td></tr>
</table>

| # | Limitation | Practice Evidence |
|---|---|---|
| 1.e | providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | The Flex VPD Module practices a method comprising "providing an interconnection module [purple] having x-input terminals [green] arranged on a first side [orange] of the interconnection module in a pattern configured to align with the first pattern of converter output terminals [blue]."   *Vertical Power Delivery (VPD) Solutions*, Flex, https://flex.com/products/power-modules/vertical-power-delivery [https://perma.cc/ES9W-YL8F] (last accessed Sept. 8, 2026) |
| 1.f | x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | The Flex VPD Module practices a method comprising "x-output terminals arranged on a surface of a second opposite side [yellow] of the interconnection module in a second pattern [red] configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals [orange]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>*Vertical Power Delivery (VPD) Solutions*, Flex, https://flex.com/products/power-modules/vertical-power-delivery [https://perma.cc/ES9W-YL8F] (last accessed Sept. 8, 2026) |

| # | Limitation | Practice Evidence |
|---|---|---|
| | |   *Scaling new heights with vertical power delivery*, Flex (Nov. 21, 2023) https://flex.com/resources/scaling-new-heights-with-vertical-power-delivery [https://perma.cc/T5UL-7FFN] |
| 1.g | the second spacing being different than the first spacing, the x-input terminals being | The Flex VPD Module practices a method comprising "the second spacing [orange] being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | electrically connected to the x-output terminals; | A Flex mechanical drawing showing the module's side view, shows the repeating terminal structures at the interface between the module's two boards, with a first spacing between the converter output terminals.<br><br><br>*Vertical Power Delivery (VPD) Solutions*, Flex, https://flex.com/products/power-modules/vertical-power-delivery [https://perma.cc/ES9W-YL8F] (last accessed Sept. 8, 2026) |
| 1.h | assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal; | The Flex VPD Module practices a method comprising "assembling the power conversion module [red] to the first side [orange] of the interconnection module [purple] with each converter output terminal [blue] mated with and electrically connected to a respective x-input terminal [green]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br><br><br>*Vertical Power Delivery (VPD) Solutions*, Flex, https://flex.com/products/power-modules/vertical-power-delivery [https://perma.cc/ES9W-YL8F] (last accessed Sept. 8, 2026)<br><br>*See also* 1.e. |
| 1.i | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | The Flex VPD Module practices a method comprising "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern [blue] and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>A Flex mechanical drawing, module side view, shows the repeating terminal structures at the interface between the module's two boards, with converter output terminals mated to their respective x-input terminals. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>*Vertical Power Delivery (VPD) Solutions*, Flex, https://flex.com/products/power-modules/vertical-power-delivery [https://perma.cc/ES9W-YL8F] (last accessed Sept. 8, 2026)<br>• Ball grid array designed to directly match the pin-map of each xPU/ASIC reducing routing complexity<br>*Vertical Power Delivery (VPD) Solutions*, Flex, https://flex.com/products/power-modules/vertical-power-delivery [https://perma.cc/ES9W-YL8F] (last accessed Sept. 8, 2026) |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>*Scaling new heights with vertical power delivery*, Flex (Nov. 21, 2023) https://flex.com/resources/scaling-new-heights-with-vertical-power-delivery [https://perma.cc/T5UL-7FFN] |
| 1.j | wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the | The Flex VPD Module practices a method comprising "wherein the power conversion module [red] and the interconnection module [purple] are stacked to form a module sandwich including the power conversion module [red] in a first layer, electrical connections between the converter output terminals |

| # | Limitation | Practice Evidence |
|---|---|---|
| | power conversion module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer. | and the x-input terminals [green] in a second layer, and the interconnection module [purple] in a third layer."<br><br>*Vertical Power Delivery (VPD) Solutions*, Flex, https://flex.com/products/power-modules/vertical-power-delivery [https://perma.cc/ES9W-YL8F] (last accessed Sept. 8, 2026) |